**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Monika Andrade Garcia,** | : | |
| | : | **Case No. 2:24-cv-04192** |
| **Plaintiff,** | : | |
| v. | : | **Judge Graham** |
| | : | |
| **Ur M. Jaddou,** | : | **Magistrate Judge Deavers** |
| Director, U.S. Citizenship and | : | |
| Immigration Services, *et al.*, | : | |
| | : | |
| **Defendant(s).** | : | |

## <u>ORDER</u>

This matter is before the Court upon the parties' joint motion to hold this matter in abeyance to allow for the opportunity to continue processing Plaintiff Monika Andrade Garcia's asylum application. Doc. 5. Upon agreement of the parties, and for good cause shown, the Court hereby **GRANTS** the parties' motion. This matter shall be held in abeyance until April 7, 2025.

**IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: February 6, 2025

[1]